UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDERSON MERARD,

                                      Plaintiff,

-v-

CITIBANK, N.A., EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES, LLC, AND TRANS UNION, LLC,

                                      Defendants.

22 Civ. 5066 (PAE)

ORDER OF
DISCONTINUANCE

---

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised by the parties all claims as between plaintiff and defendants Equifax Information Services, LLC and Trans Union, LLC have been settled in principle, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to plaintiff's right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within forty-five days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      The Clerk of Court is respectfully directed to terminate Equifax Information Services, LLC and Trans Union, LLC as parties.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                         _____
                                                                         PAUL A. ENGELMAYER
                                                                         United States District Judge

Dated: August 4, 2022
           New York, New York

2